## A91A1724. DAVIS v. THE STATE.
(432 SE2d 273)

ANDREWS, Judge.

In *Davis v. State*, 202 Ga. App. 629 (414 SE2d 902) (1992), we affirmed the trial court's denial of Davis' motion to suppress. The Supreme Court granted certiorari and reversed our decision in *Davis v. State*, 262 Ga. 578 (422 SE2d 546) (1992). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope, C. J., McMurray, P. J., Birdsong, P. J., Beasley, P. J., Cooper, Johnson, Blackburn and Smith, JJ., concur.*

DECIDED MAY 24, 1993.

*Jay W. Bouldin*, for appellant.
*David McDade, District Attorney, David York, Assistant District Attorney*, for appellee.